E-FILED
Monday, 23 October, 2006  09:19:30 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

FILED
OCT 2 0 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10075 |
| ) | VIO: Title 18, United States Code, |
| MICHAEL R. DAVIDSON, ) | Section 2252A(a)(5)(B) |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

### INFORMATION
(Possession of Child Pornography)

On or about December 8, 2004, in the Central District of Illinois,

**MICHAEL R. DAVIDSON**,

the defendant herein, knowingly possessed, and knowingly attempted to possess, images and videos, including computer-generated images stored on computer hard drives and other digital storage media, said images constituting child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (B), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct and said images had been shipped and transported in interstate and foreign commerce and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

                          UNITED STATES OF AMERICA

                          RODGER A. HEATON
                          UNITED STATES ATTORNEY

                          s/Assistant US Attorney
                          Thomas A. Keith
                          Assistant United States Attorney
                          One Technology Plaza
                          211 Fulton Street, Suite 400
                          Peoria, Illinois 61602
                          Telephone: 309/671-7050