# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

E-FILED
Monday, 23 October, 2006 09:32:20 AM
Clerk, U.S. District Court, ILCD

FILED
OCT 20 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

MICHAEL R. DAVIDSON

**WAIVER OF INDICTMENT**

Case Number: 06- 10075

I, Michael R. Davidson, the above named defendant, who is accused of Possession of Child Pornography (18 USC § 2252A(a)(5)(B)), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on October 20, 2006 at 2:30 p.m., prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

s/Michael R. Davidson
_____
Michael R. Davidson
**Defendant**

s/ Public Defender
_____
**Robert Alvarado**
**Attorney for Defendant**

Before   s/ Joe B. McDade
_____
**Joe B. McDade**
**United States District Court Judge**