UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Crim. No. 06-10075 |
| MICHAEL R. DAVIDSON, | ) | |
| Defendant. | ) | |

**DEFENDANT'S COMMENTARY ON SENTENCING FACTORS**

Now comes the Defendant MICHAEL R. DAVIDSON by his attorney ROBERT A. ALVARADO in this brief commentary on sentencing. Attached are several letters of support on behalf of Mr. Davidson. Defendant respectfully suggests that this Court consider the admonishment of 18 U.S.C. 3553(a) that the sentence be "sufficient but not greater than necessary" to meet the ends of justice in this post-*Booker* sentencing climate. In that regard, Mr. Davidson believes that a sentence at the low end, or even below the guideline range, would not deprecate the seriousness of the offense. This is Mr. Davidson's first arrest and conviction of any offense. He served this country honorably in the National Guard for over 20 years. Under the mandatory Guideline system, Mr. Davidson would certainly qualify for a downward departure for "aberrant behavior." The letters attest to Mr. Davidson's otherwise law-abiding character throughout his lifetime.

Respectfully submitted,

MICHAEL R. DAVIDSON, Defendant


s/ Robert A. Alvarado

ROBERT A. ALVARADO
Assistant Federal Public Defender

        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        Fax: 309/671-7898
        E-mail: robert_alvarado@fd.org

Attachments

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Tom Keith, One Technology Plaza, Suite 400, Peoria, IL 61602.

        s/ Robert A. Alvarado

        _____
        ROBERT A. ALVARADO
        Attorney for Defendant
        Federal Public Defender's Office
        401 Main St., Suite 1500
        Peoria, IL 61602
        Phone: (309) 671-7891
        Fax:: (309) 671-7898
        E-mail: robert_alvarado@fd.org

Mark Wilson
RR#2, Box 181
Toulon, IL 61483

January 8, 2007

RE: U. S. OF AMERICA v. MICHAEL R. DAVIDSON Case No. 06-10075

Judge McDade
Federal Courthouse
Peoria, IL

Dear Judge McDade,

I was asked to tell you about Michael Davidson. Mike grew up down the road from me and was a couple of grades behind me in school. Mike was quiet and always kind to others at school and I never saw him bothering anyone.

Mike began to attend the Toulon United Methodist Church, of which I am a member, a few years ago with his wife. He has since joined my Sunday school class where he has been interested in growing his faith in Christ. Mike also joined a Men's accountability group, which I lead.

Mike wants to have a closer walk with Christ and I also feel he joined our group looking for some men to help hold him accountable. I do not believe he is a threat to anyone and has a wonderful Christian wife who has a strong faith. Please look at Mike as a person who is growing in his faith, and as a man.

Respectfully,

*[signature]*

Mark Wilson

For Micheal Davidson

TO: Robert A. Alvarado

Micheal Davidson is my Husband. Micheal and I were Married the fall of 2003. I have known Michea most of his life that he's lived in Paxton and also we went to school together and we are both from a very small town. Micheal comes from a very close nit family. I had went through a very messy breakup with my ex-boyfriend and Micheal was there the whole time for me. After that we became alot closer and married shortly after that. Micheal is very involved in his church and up till recently was at Good's Furniture for about 10 years. Micheal and I became a Christian a year after we were together. And started going to church. I feel Mike has made a mistake, and everybody makes mistakes. Micheal is not a bad person and most of the community here could tell you that. I feel that Micheal is in God's hands now and it is God's will what will happen to him. Regardless of the outcome I will not leave Micheal's side. And neither will his family. I know that God has given him a second chance and I know that you will be fair in your judgment also.

Thank you for your time

Alicia Davidson

Mike had a job change as a result of publicity related to his case. He is working, but the job he has now, does not pay as well as his previous employment.

Mike's wife, Alecia, is determined to remain faithful to God and her covenant vows to her husband. He is greatly encouraged by her forgiveness and support.

I implore you to consider the most lenient sentence available for Mike. If possible, I believe probation with mandatory counseling would be most appropriate. Please consider that any incarceration will have a detrimental effect upon his wife, aging parents, and his ability to offer service and support to the community. His covenant group, church, and I personally are willing to take responsibility to assist Mike in his rehabilitation and transformation.

                In Christ,

                *Rev Paul B. Wier*

                Rev. Paul Benjamin Wier





# Toulon United Methodist Church

229 WEST MAIN • P.O. BOX 538

TOULON, ILLINOIS 61483-0538

PAUL BENJAMIN WIER, PASTOR

(309) 286-5871

January 3, 2007

Honorable Joe Billy McDade
United States District Judge
Suite 122 Federal Building
100 N.E. Monroe Street
Peoria, Illinois 61602

RE: United States of America v. Michael R. Davidson
Central District of Illinois Court Case No. 06-10075

Dear Judge McDade,

I write on behalf of Michael Davidson who appears before you on Thursday, February 1, 2007 for sentencing.

I have served as Pastor of the above church in Toulon for twelve and one-half years. I have known Michael (Mike) for ten of these years. My knowledge of Mike for the first seven years has been limited to an acquaintance. The past three years I have become better acquainted with him, primarily due to his marriage to his wife, Alecia, a member of our congregation.

Mike has been gainfully employed over the course of the years I have been in Toulon. He has always been dedicated to meeting the needs of his family. Mike attended school in this community. He is known by most of the residents as a quiet, hard-working, compassionate individual. His mother and father are members of First Baptist Church of Toulon. I have several friends in our community who are former classmates of Mike throughout his education and continue to be friends with him. They speak highly of Mike and regard him as a fine, decent, individual. His family is fairly typical of small-town, mid-western folk. They are what some would call "salt-of-the earth" people.

Mike's father is disabled and his mother works at the Toulon Health Care Center. Mike and his brother have done considerable repair work on their parents' home. The Summer of 2006 they tore off the front porch which was deteriorating and rebuilt it from the pillars up into a very nice entrance to the family home.

Mike's family, friends, community, and church were shocked to learn of his addiction and behavior. We do not condone his action. We do love and support Mike and are actively working to try and help him overcome this aberrant behavior. Mike is involved in a men's covenant group through our church. The men in this group have attended Promise Keepers ministry programs and are dedicated to Christian faith and the encouragement of one another through mutual accountability. It has not been easy for Mike to continue his participation in our church community and the covenant group, but he has persisted, with support and encouragement from some key leaders in our church.

not calling off or being sick. He has helped me with his father who suffered a stroke 14 years ago.

I know that you will be fair in this matter.

Respectfully Yours,
Betty Davidson

Your Honor,

I am writing on behalf of my Son Micheal.

In his youth he was always active in his Church group. Spent his Summers working Detasseling, baling hay, Mowing lawns. He was an active member of the Boy Scout was the Swimming instructor one Summer.

He Joined the Army National Guard at the age of 17 Spent 2 Summers finishing his training Was active with the family Readness until he retired. Going to several Conference with this group.

He was active with the Share food program and Christmas basket for needig

When his children got older he help with baseball and Soccer. he was always taking them to the Zoo's Parks Movies helps them learn how to ride their bikes play Games with them and took them to Church. Spent Quately with them.

He has always had a good work record

You can see that this letter is hand written and probly with very questionable spelling. I'm not a computor literate person.

I believe that the computor in many ways a very valueble tool but it is also a very dangerous tool in the hands of some people for their moral conduct.

I think it is somewhat like drugs, I supose once you try it you can become addicted. And that is why there are laws to punish this conduct,

I know Mike has been a good citizen, Husband, and Father, but I also know that this cannot go unpunished. I do beleive that being a good person and veteran with no prior record should be taken in acount.

I hope that you will impose a fair and just sentence.

Sincerely

Roger Somberger   uncle to Mike Davidson

in the National Guard and spent over twenty years in their service.

To spend over twenty years does say something of his make up.

He married a woman who had been married before with a daughter.

They had a girl and boy from their marriage.

This marriage in my view very lopsided to say the least. He was forced in debt from very onset.

She ruled him, ordered him, and showed him no respect. And like his Father told him that he could never do anything right. She later met another man on the internet, kicked Mike out, devorced him and married this other man. Mike was very angery and seeked help from a counslor.

Mike deep down is a very loving and caring person who consintly need asurerance from the people he is close to.

Personally I don't know why he got into this mess, but I do know he will accept responsibilty for his actions.

Dec. 31, 2006

To the Honorable Judge McDade

Your Honor,

I'm writting to you on the behalf of Michael R. Davidson.

I have known Mike for 37 years and during this time have seen his life develope and would to tell you of it as seen through my eyes.

Growing up mike was never given any praise by his Father. He wasn't aloud to do very much and when he did, It was never really right acording to his father. Mike was always trying to seek peaise when he could.

Mike was brought up in the church and was involved in the Boy Scouts for many years.

In High school he was picked on constanty and it was not a happy time for him.

Mike is like his mother, he cares about other people and would not intentionally hurt anyone.

After High School and as a matter of fact during High School He enlisted