**FILED**

MAR 15 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Michael Davidson

Case Number: 06-10075-1

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number __8__ ✓), Sentencing Recommendation (document number __9__ ✓) and Statement of Reason(s) Page (document number __12__) were returned to the U.S. Probation Office on __3/15/7__.

Received by:

_S/Douglas Hegemann_
U.S. Probation Office
Date: __3/15/07__